# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | March 5, 2013 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 12-cv-02252-RPM

| | |
|---|---|
| KASEL ASSOCIATES INDUSTRIES, INC., and RAYMOND J. KASEL, | Phillip Parrott<br>Richard O. Campbell<br>Margaret R. Pflueger |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF DENVER, | Joseph M. Rivera |
| JUDY MONTERO, | |
| STEPHANIE SYNER, | |
| DOUGLAS LINKHART, | |
| GARY J. LASSWELL, | |
| SHARON BROWN, | Randall J. Paulsen |
| EMILY VONSWEARINGEN, | *No appearance* |
| MICHAEL ENSINGER, and | *No appearance* |
| UNKNOWN EMPLOYEES AND AGENTS OF THE CITY AND COUNTY OF DENVER, | |
| Defendant. | |

___

## COURTROOM MINUTES
___

**Hearing on Pending Motions**

**2:02 p.m.**     **Court in session.**

Plaintiff Raymond J. Kasel and Kevin O'Toole are present.

Court's preliminary remarks.

**ORDERED:**   **Phillip Parrott appearance for plaintiffs is accepted.**

| | |
|---|---|
| 2:04 p.m. | Argument by Mr. Parrott. |
| 2:20 p.m. | Argument by Mr. Rivera. |
| 2:28 p.m. | Argument by Mr. Paulsen. |
| 2:32 p.m. | Rebuttal argument by Mr. Parrott. |

**ORDERED:**   **City Defendants' Motion to Dismiss Plaintiffs' [5] Amended Complaint [18], is granted with respect to the 1983 claim and all other claims are dismissed without prejudice.**

**ORDERED:**   **Defendant Sharon Brown's Motion to Dismiss the Sixth, Eighth and Ninth Claims for Relief Pursuant to Fed.R.Civ.Pro. 12(b)(6) and Motion for Definite Statement as to the Eighth Claim Relief Pursuant to Fed.R.Civ.Pro. 12(e) [16], is moot.**

**2:40 p.m.**     **Court in recess.**     Hearing concluded. Total time: 38 min.