IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02252-RPM

KASEL ASSOCIATES INDUSTRIES, INC., and
RAYMOND J. KASEL,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JUDY MONTERO,
STEPHANIE SYNER,
DOUGLAS LINKHART,
GARY J. LASSWELL,
BENJAMIN SILLER,
SHARON BROWN,
EMILY VONSWEARINGEN,
MICHAEL ENSMINGER, and
UNKNOWN EMPLOYEES AND AGENTS OF THE CITY AND COUNTY OF DENVER,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the hearing held today and after hearing the arguments of counsel and reviewing the pleadings filed, the Court finds and concludes that the plaintiffs have failed to state a cognizable claim for a violation of the United States Constitution and therefore any remedy under 42 U.S.C. § 1993 and it is

    ORDERED that this civil action is dismissed for lack of jurisdiction and the state claims are dismissed without prejudice.

    DATED: March 5th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge