IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02252-RPM

KASEL ASSOCIATES INDUSTRIES, INC., and
RAYMOND J. KASEL,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JUDY MONTERO,
STEPHANIE SYNER,
DOUGLAS LINKHART,
GARY J. LASSWELL,
BENJAMIN SILLER,
SHARON BROWN,
EMILY VONSWEARINGEN,
MICHAEL ENSMINGER, and
UNKNOWN EMPLOYEES AND AGENTS OF THE CITY AND COUNTY OF DENVER,

     Defendants.
_____

## JUDGMENT
_____

     Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch today, it is

     ORDERED AND ADJUDGED that this civil action is dismissed for lack of jurisdiction and the state claims are dismissed without prejudice.

     DATED: March 5th, 2012

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL

                                      s/M. V. Wentz
                                By_____
                                         Deputy